JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com

Attorneys for Old Oakland Road Associates, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>INTEGRATED PACKAGING ASSEMBLY CORP DBA IPAC<br><br>DEBTOR(S). | Case No. 07-53563 ASW<br><br>Chapter 11<br><br>Date: June 26, 2008<br>Time: 2:15 p.m.<br>Place: United States Bankruptcy Court<br>280 S. First Street, Room 3020<br>San Jose, CA 95113<br>Judge: Hon. Arthur S. Weissbrodt |

### NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7

**TO: DEBTOR, INTEGRATED PACKAGING ASSEMBLY CORPORATION, DEBTOR'S COUNSEL, UNITED STATES TRUSTEE, AND ALL CREDITORS:**

**PLEASE TAKE NOTICE** that on June 26, 2008, at 2:15 p.m., or as soon thereafter as the matter may be heard, a hearing will be held before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, in the U.S. Courthouse and Federal Building, located at 280 S. First Street, San Jose, CA, Courtroom 3020, on Old Oakland Road Associates, LLC's MOTION TO CONVERT CASE TO CHAPTER 7 ("Motion") seeking to convert the Debtor's Chapter 11 case to Chapter 7. The Motion is made on the grounds that the case was filed and maintained in bad faith and there is cause to convert pursuant to 11 U.S.C. § 1112(b).

**PLEASE TAKE FURTHER NOTICE that the failure by the Debtor and/or its attorney**

1 **to appear either in person or through counsel at the time and place of the hearing on this**
2 **matter may result in the Court granting the relief requested herein.**
3     Said Motion is based upon this Notice, the Motion, the Declaration of Robert A. Franklin,
4 and the Request to Take Judicial Notice filed and served concurrently herewith and the records,
5 papers, and documents on file in the case herein.
6     PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Local Rule 9014-1(c)(2),
7 any opposition to the requested relief shall be filed and served on the initiating party no less than 5
8 days before the actual scheduled hearing date.

Dated: June 6, 2008                    **MURRAY & MURRAY**
                                                     A Professional Corporation

                                        By:  */s/ Robert A. Franklin*
                                                     Robert A. Franklin
                                                     Attorneys for Old Oakland Road Associates, LLC