EDWINA E. DOWELL, #149059
Assistant U.S. Trustee
NANETTE DUMAS, #148261
JOHN S. WESOLOWSKI, #127007
Office of the United States Trustee
U. S. Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone: (408) 535-5525
Fax: (408) 535-5532

Attorneys for Sara L. Kistler
Acting United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 07-53563 ASW |
| INTEGRATED PACKAGING ASSEMBLY CORPORATION, dba IPAC, | Chapter 11 |
| Debtor. | Date: June 26, 2008<br>Time: 2:15 p.m.<br>Place: Courtroom 3020 |

## NOTICE OF MOTION BY UNITED STATES TRUSTEE TO CONVERT CHAPTER 11 CASE TO CHAPTER 7

PLEASE TAKE NOTICE that the hearing on the Motion By United States Trustee To Convert Chapter 11 Case To Chapter 7 will be heard at the time and date above and the location listed below:

**UNITED STATES BANKRUPTCY COURT
U.S. FEDERAL BUILDING
280 South First Street, Third Floor
Courtroom 3020
San Jose, CA 95113**

Interested parties may view the motion and supporting documents at the United States Bankruptcy Court, 280 South First Street, Rm. 3035, San Jose, California, 95113 or may request copies from the Office of the United States Trustee.

Dated: June 6, 2008          Respectfully submitted,

By:     /s/ Nanette Dumas
        Nanette Dumas
        Attorney for United States Trustee

Notice Of Motion By UST To Convert
Chapter 11 Case To Chapter 7

Case: 07-53563   Doc# 100   Filed: 06/06/08   Entered: 06/06/08 16:15:03   Page 1 of 1