**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form OAB

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Integrated Packaging Assembly Corp<br>  dba   IPAC<br>        Debtor(s) | Case No.: 07–53563 ASW 7<br>Chapter: 7 |

## NOTICE OF APPOINTMENT OF TRUSTEE
## AND APPROVAL OF BOND

**You are hereby notified:** that:

The above named debtor(s) having filed a petition for relief under Chapter 7 of Title 11 U.S.C. § 521 or an order for relief having been entered on the date set forth following the name of each debtor listed above; and

Carol Wu has been appointed trustee of the estate of said debtor(s) by the Acting United States Trustee, Sara L. Kistler.

Debtor(s) pursuant to 11 U.S.C. § 521 shall provide the trustee herein with bank statements, cancelled checks, tax returns or other documents relating to the property of the estate upon request of the trustee within (5) days of any request.

Carol Wu and the bonding company shall be held and bound by the bond filed with the Office of the United States Trustee and the Court.

Dated: 9/19/08               For the Court:

                             Gloria L. Franklin
                             Clerk of Court
                             United States Bankruptcy Court