1   REIDUN STRØMSHEIM # 104938
    STROMSHEIM & ASSOCIATES
2   201 California Street, Suite 350
    San Francisco, California 94111
3   Telephone:    (415) 989-4100
    Fax:          (415) 989-2235
4   rstromsheim@stromsheim.com

5   Attorneys for Trustee,
    CAROL W. WU

**IT IS SO ORDERED.**
**Signed October 14, 2008**

*Arthur S. Weissbrodt*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  In re:
                                    Case No.  07-53563 ASW
11  INTEGRATED PACKAGING ASSEMBLY
    CORP.                           Chapter 7
12  Dba IPAC
    Tax ID # 47-0929011
13

14          Debtor

15       ORDER AUTHORIZING EMPLOYMENT OF COUNSEL BY TRUSTEE

16          The application of Carol W. Wu, Trustee of the above debtor estate, praying for the

17  appointment of counsel herein, for the purposes more particularly set forth in the application

18  having been presented ex parte, no adverse interest appearing, and it appearing that the matters

19  and the things set forth in the application are true, and the Court being satisfied that the attorneys

20  whom applicant desires to have appointed, Stromsheim & Associates, are disinterested and do not

21  hold or represent an interest adverse to the estate, and good cause appearing, therefor

22          IT IS HEREBY ORDERED that the application for appointment of counsel for the Trustee

23  is approved and the law firm of Stromsheim  & Associates is, and they are hereby, appointed as

24  counsel for the Trustee on the terms set forth in the application, for the performance of the

25  particular professional services described in the application, and to perform such other legal

26  services as may be required during the progression of the case. The court's guidelines for

27  compensation and reimbursement found at www.canb.uscourts.gov will apply.

28                          **END OF ORDER**

STROMSHEIM &
ASSOCIATES

Case: 07-53563   Doc# 130   Filed: 10/14/08   Entered: 10/15/08 09:23:38   Page 1 of 2
1

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Integrated Packaging Assembly Corp.<br>3399 West Warren Avenue |
| 3 | Fremont, CA  94538 |
| 4 | William J. Healy |
| 5 | Campeau, Goodsell & Smith<br>440 N. 1st Street, # 100<br>San Jose, CA  95112 |
| 6 | |
| 7 | U.S. Trustee<br>280 S 1st Street, # 268<br>San Jose, CA  95113 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |