CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor
Integrated Packing Assembly Corporation
dba IPAC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 07-53563 ASW
)
INTEGRATED PACKING ASSEMBLY ) CHAPTER 11
CORPORATION, dba IPAC, )
) **DEBTOR'S STATEMENT PURSUANT**
Debtor. ) **TO FEDERAL RULE OF**
) **BANKRUPTCY PROCEDURE 1019**

Debtor Integrated Packaging Assembly Corporation ("Debtor" or IPAC") submits this statement pursuant to Federal Rule of Bankruptcy Procedure 1019 (5) regarding unpaid debts incurred after the filing of the petition and before the conversion of the case:

**Claimant:**

Campeau Goodsell Smith

440 N. 1st Street, #100

San Jose, CA 95112

Amount unknown, subject to application to and order of the Court.

Dated: November 5, 2008     CAMPEAU GOODSELL SMITH

/s/ William J. Healy
William J. Healy

**DEBTOR'S STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019**