REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235

Attorneys for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>INTEGRATED PACKAGING ASSEMBLY CORP.<br>Dba IPAC<br>Tax ID # 47-0929011<br><br>        Debtor | Case No. 07-53563 ASW<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

1. **MOTION FOR TURNOVER OF BANKRUPTCY ESTATE'S FINANCIAL RECORDS INCLUDING ELECTRONIC RECORDS, CLIENT FILES BY ATTORNEYS**

2. **DECLARATION IN SUPPORT OF MOTION FOR TURNOVER OF BANKRUPTCY ESTATE'S FINANCIAL RECORDS INCLUDING ELECTRONIC RECORDS, CLIENT FILES BY ATTORNEYS**

3. **NOTICE OF HEARING ON MOTION FOR TURNOVER OF BANKRUPTCY ESTATE'S FINANCIAL RECORDS INCLUDING ELECTRONIC RECORDS, CLIENT FILES BY ATTORNEYS**

on the following parties:

Integrated Packaging Assembly Corp.
Attn: Victor A. Batinovich
3399 West Warren Avenue
Fremont, CA 94538

| | |
|---|---|
| 1 | Victor A. Batinovich<br>3399 West Warren Avenue |
| 2 | Fremont, CA 94538 |
| 3 | Victor A. Batinovich<br>3085 Paseo Vista Avenue |
| 4 | San Martin, CA 95046-9707 |
| 5 | William J. Healy<br>Campeau, Goodsell & Smith |
| 6 | 440 N. 1st Street, # 100<br>San Jose, CA 95112 |
| 7 | |
| 8 | Dennis D. Davis<br>Goldberg, Stinnett & Linchey PC<br>44 Montgomery Street, Suite 2900 |
| 9 | San Francisco, CA 94104 |
| 10 | D. Brad Jones<br>Needham, Davis, Kepner & Young LLP |
| 11 | 1960 The Alameda, Suite 210<br>San Jose, CA 95126 |
| 12 | |
| 13 | Nanette Dumas<br>U.S. Trustee<br>280 S 1st Street, # 268 |
| 14 | San Jose, CA 95113 |

by ECF notification as applicable, and at the foregoing addresses by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on July 29, 2010.

                                              /s/ Malreen Prasad
                                              Malreen Prasad
                                              Legal Assistant