REIDUN STRØMSHEIM # 104938
LINDA SORENSEN # 72753
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235

Attorneys for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

INTEGRATED PACKAGING ASSEMBLY CORP.
Dba IPAC
Tax ID # 47-0929011

Debtor

Case No. 07-53563 ASW

Chapter 7

Hearing: August 31, 2010
Time: 2:15 p.m.
Courtroom 3020, 280 South First Street
San Jose, California

**NOTICE OF
MOTION FOR TURNOVER OF BANKRUPTCY ESTATE'S FINANCIAL RECORDS
INCLUDING ELECTRONIC RECORDS, CLIENT FILES BY ATTORNEYS**

TO: DEBTOR INTEGRATED PACKAGING ASSEMBLY CORP.THROUGH ITS OFFICER AND RESPONSIBLE PERSON, VICTOR A. BATINOVICH; and
TO: CAMPEAU GOODSELL SMITH L.C., attorneys for the debtor-in-possesion during the Chapter 11 Case:

PLEASE TAKE NOTICE that the motion of Carol Wu ("Trustee"), trustee of the above referenced bankruptcy estate, served on you herewith and on other persons to whom you may have delivered Debtor's recorded information, is set before the Court at the above time and place.

The Trustee further gives notice of her contention that the turnover and cooperation sought by the motion is of the kind explicitly required of Debtors (including their controlling officers) under the United States Bankruptcy Code, and of attorneys under California law, and that requiring the Trustee to proceed with a contested matter in order to enlist the Court's assistance to obtain property of the estate and the Debtor's recorded information may give rise to sanctions and/or other relief.

STROMSHEIM &
ASSOCIATES

1

| | |
|---|---|
| 1 | DATED: This 28th day of June, 2009. |

                                              STROMSHEIM & ASSOCIATES

                                              /s/  *Linda Sorensen*
                                              Attorneys for
                                              CAROL W. WU, Trustee