GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Victor A. Batinovich and i2a Technologies

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

INTEGRATED PACKAGING ASSEMBLY CORP.,

Debtor.

Case No. 07-53563-ASW

Chapter 7

Date: August 31, 2010
Time: 2:15 pm
Place: 280 So. First Street, Room 3020
San Jose, CA
Judge: Hon. Arthur S. Weissbrodt

**RESPONSE OF VICTOR A. BATINOVICH TO TRUSTEE'S MOTION
FOR TURNOVER OF BANKRUPTCY ESTATE'S FINANCIAL RECORDS,
INCLUDING ELECTRONIC RECORDS, CLIENT FILES BY ATTORNEYS**

Victor A. Batinovich ("Mr. Batinovich"), as responsible individual for Integrated Packaging Assembly Corp., the debtor herein ("Debtor"), hereby responds to the Trustee's Motion for Turnover of Bankruptcy Estate's Financial Records, Including Electronic Records, Client Files by Attorneys (the "Motion").

Mr. Batinovich does not oppose the relief requested in the Motion and intends to cooperate fully with the Trustee in her efforts to obtain the Debtor's financial records. Mr. Batinovich will turn over to the Trustee any of the Debtor's financial records in his possession, custody or control.

In the Motion, the Trustee states that she was "unsuccessful" in obtaining the turnover of the Debtor's records in November 2008. The statement is misleading because the Trustee never

1

requested the Debtor's financial records in November 2008 or at any time before filing the Motion on July 29, 2010, almost two years after conversion of the case to chapter 7. Nothing in the declaration of Reidun Stromshein filed in support of the Motion states that a turnover demand for such records was ever made. Rather, Ms. Stromshein's declaration simply states that she questioned Mr. Batinovich about the records at the November 2008 meeting of creditors and learned that he did not have them or know their whereabouts.

DATED: August 17, 2010

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By:   /s/ Dennis D. Davis
Attorneys for Defendant Victor A. Batinovich

# CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**RESPONSE OF VICTOR A. BATINOVICH TO TRUSTEE'S MOTION FOR TURNOVER OF BANKRUPTCY ESTATE'S FINANCIAL RECORDS, INCLUDING ELECTRONIC RECORDS, CLIENT FILES BY ATTORNEYS**

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 17, 2010.

/s/ JEANNE ROSE

Reidun Stromsheim, Esq.
Linda Sorensen, Esq.
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111

Integrated Packaging Assembly Corp.
Attn: Victor A. Batinovich
3399 West Warren Avenue
Fremont, CA 94538

Victor A. Batinovich
3399 West Warren Avenue
Fremont, CA 94538

Victor A. Batinovich
3085 Paseo Vista Avenue
San Martin, CA 95046-9707

William J. Healy
Campeau, Goodsell & Smith
440 N. 1st Street, # 100
San Jose, CA 95112

D. Brad Jones
Needham, Davis, Kepner & Young LLP
1960 The Alameda, Suite 210
San Jose, CA 95126

Nanette Dumas
U.S. Trustee
280 S 1st Street, # 268
San Jose, CA 95113

LAW OFFICES
GOLDBERG, STINNETT, DAVIS & LINCHEY
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104