```
 1  REIDUN STRØMSHEIM # 104938
    LINDA SORENSEN # 72753
 2  STROMSHEIM & ASSOCIATES
    201 California Street, Suite 350
 3  San Francisco, California 94111
    Telephone:   (415) 989-4100
 4  Fax:         (415) 989-2235

 5  Attorneys for Trustee,
    CAROL W. WU
```

                    UNITED STATES BANKRUPTCY COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 07-53563 ASW |
|---|---|
| INTEGRATED PACKAGING ASSEMBLY CORP. Dba IPAC Tax ID # 47-0929011 | Chapter 7 Hearing DROPPED: August 31, 2010 Time: 2:15 p.m. Courtroom 3020, 280 South First Street San Jose, California |
| Debtor | |

**<u>NOTICE THAT HEARING HAS BEEN DROPPED, ON MOTION FOR TURNOVER OF BANKRUPTCY ESTATE'S FINANCIAL RECORDS INCLUDING ELECTRONIC RECORDS, CLIENT FILES BY ATTORNEYS</u>**

TO: DEBTOR INTEGRATED PACKAGING ASSEMBLY CORP.THROUGH ITS OFFICER AND RESPONSIBLE PERSON, VICTOR A. BATINOVICH; and
TO: CAMPEAU GOODSELL SMITH L.C., attorneys for the debtor-in-possesion during the Chapter 11 Case:

 PLEASE TAKE NOTICE that the Trustee has dropped from the calendar of the Court, subject to being reset, hearing on her motion for turnover to the Trustee, the financial records of Debtor including its electronic books and records, and also client files.

DATED: This 30th day of August 2010.

           STROMSHEIM & ASSOCIATES

            /s/ *Linda Sorensen*
           Attorneys for
           CAROL W. WU, Trustee

STROMSHEIM & ASSOCIATES Case: 07-53563 Doc# 145 Filed: 08/30/10 Entered: 08/30/10 16:50:19 Page 1 of 1

1